United States District Court
Southern District of Texas
**ENTERED**
November 19, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

| | | |
|---|---|---|
| **GOLNAZ ZAMANPOUR,** *et al.*, | § | |
| | § | |
| **Petitioners,** | § | |
| | § | |
| VS. | § | **CIVIL ACTION NO. 5:25-CV-00224** |
| | § | |
| **ORLANDO PEREZ,** *et al.*, | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

Pending before the Court is Golnaz Zamanpour and Mahsa Karimaghaee's ("Petitioners") Emergency Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (Dkt. 1), and Petitioners' Emergency Motion to Award the Writ or Issue an Order to Show Cause, (Dkt. 3). Petitioners list the following as respondents in their official capacities: U.S. Secretary of Homeland Security Kristi Noem; U.S. Attorney General Pamela Bondi; Field Office Director of the Harlingen Field Office Miguel Vergara; and Warden of the Laredo Processing Center Orlando Perez. (Dkt. 1.)

Having reviewed the Petition, (Dkt. 1), and the Emergency Motion, (Dkt. 3), Petitioner's Emergency Motion is **GRANTED IN PART**. Accordingly, the Court enters the following:

Respondents are hereby **ORDERED** to show cause and submit a response and serve it on Petitioners no later than **November 26, 2025,** which is between the three-to-twenty day time period contemplated by 28 U.S.C. § 2243. Petitioners may file a reply to Respondents' response on or before **December 3, 2025.**

The Clerk of Court is **DIRECTED** to serve copies of the Petition and its accompanying Exhibits, (Dkt. 1), the Emergency Motion, (Dkt. 3), and this Order on Respondents via certified mail.

Respondent U.S. Department of Homeland Security Secretary Kristi Noem or her designee may be served at:

**Kristi Noem, Secretary of the U.S. Department of Homeland Security**
**Office of the General Counsel**
**245 Murray Lane SW**
**Mail Stop 0485**
**Washington, D.C. 20528**

Respondent Attorney General Pamela Bondi or her designee may be served at:

**Pamela Bondi, United States Attorney General**
**950 Pennsylvania Avenue NW**
**Washington, D.C. 20530**

Respondent Field Office Director of the Harlingen Field Office Miguel Vergara, may be served at:

**Field Office Director of the Harlingen Field Office**
**U.S. Immigration and Customs Enforcement**
**Office of the Principal Legal Advisor**
**500 12th St. SW, Mail Stop 5900**
**Washington, DC 20536**

Respondent Warden of the Laredo Processing Center Orlando Perez may be served at:

**Warden of the Laredo Processing Center**
**4702 E. Saunders Street**
**Laredo, Texas 78041**

The Clerk of Court is also **DIRECTED** to serve copies of the Petition and its accompanying Exhibits, (Dkt. 1), the Emergency Motion, (Dkt. 3), and this Order via certified mail on the United States Attorney for the Southern District of Texas Nicholas J. Ganjei at:

**Nicholas J. Ganjei**
**1000 Louisiana St., Suite 2300**
**Houston, Texas 77002**

The Clerk of Court is also **DIRECTED** to serve copies of the Petition and its accompanying Exhibits, (Dkt. 1), the Emergency Motion, (Dkt. 3), and this Order via certified mail on the United States Attorney's Office in Laredo at:

**United States Attorney's Office**
**11204 McPherson Road, Suite 100A**
**Laredo, Texas 78045**

In order to maintain the status quo while the Court considers Petitioners' habeas petition and to preserve this Court's jurisdiction, it is further **ORDERED** that Respondents may not transfer either Petitioner outside of this Court's jurisdiction, and Respondents must provide at least **ten (10) days'** written notice, including the name of the proposed country of removal and confirmation that the third country has agreed to accept the individual Petitioner, to Petitioners, their undersigned counsel, and this Court, prior to removal.

IT IS SO ORDERED.

SIGNED this November 19, 2025.

Diana Saldaña
United States District Judge