Case 5:25-cv-00224   Document 27   Filed on 01/05/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 05, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| **GOLNAZ ZAMANPOUR,** *et al.*, § § | |
| Petitioners, § § | |
| VS. § | **CIVIL ACTION NO. 5:25-CV-00224** |
| § § | |
| **ORLANDO PEREZ,** *et al.*, § § | |
| Respondents. § | |

## ORDER

Pending before the Court is Petitioners' Objections to the Electronic Monitoring Requirement in Their Orders of Supervision, (Dkt. 26). Pursuant to the Court's Memorandum Opinion and Order, Petitioners Golnaz Zamanpour ("Ms. Zamanpour") and Mahsa Karimaghaee's ("Ms. Karimaghaee") were released from immigration custody on December 24, 2025, subject to the terms of supervision included in their Orders of Supervision ("OSUPs"). (*See* Dkts. 24, 25.) The OSUPs included as conditions ankle monitoring and reporting requirements under ICE's Alternatives to Detention Program ("ATD") pending Petitioners' removal to a third country. (Dkt. 25 at 1.) In their Joint Status Report, Petitioners reserved their right to object to their individual conditions of release and subsequently filed their Objections on December 30, 2025. (*See* Dkt. 25 at 1; Dkt. 26.)

Accordingly, Respondents are hereby **ORDERED** to respond to Petitioners' Objections to the Electronic Monitoring Requirement in Their Orders of Supervision, (Dkt. 26), on or before **January 12, 2026**.

IT IS SO ORDERED.

SIGNED this January 5, 2026.

                                              Diana Saldaña
                                              United States District Judge