United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **GOLNAZ ZAMANPOUR, *et al.*,** | § | |
| | § | |
| **Petitioners,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:25-CV-00224** |
| | § | |
| **ORLANDO PEREZ, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On February 12, 2026, Petitioners Golnaz Zamanpour ("Ms. Zamanpour") and Mahsa Karimaghaee ("Ms. Karimaghaee") moved to withdraw their Objections to the Electronic Monitoring Requirements in their Orders of Supervision ("Objections"). (*See* Dkts. 26, 27, 28, 30.) Petitioners informed the Court that the Government voluntarily removed Ms. Zamanpour's and Ms. Karimaghaee's GPS ankle monitors that were the subject of their Objections, thus mooting the Objections. (Dkt. 30 at 1.) Additionally, Petitioners conferred with the Respondents, and Respondents indicated that they are unopposed to Petitioners' Motion. (*Id.*)

In light of these developments, Petitioners' Unopposed Motion to Withdraw their Objections to the Electronic Monitoring Requirements in their Orders of Supervision, (Dkt. 30), is hereby **GRANTED** and Petitioners' Objections are hereby **WITHDRAWN**. Petitioners may reassert their Objections in the event that ICE imposes similar conditions in the future.

IT IS SO ORDERED.

SIGNED this February 19, 2026.



Diana Saldaña
United States District Judge

SIGNED this February 19, 2026.

Diana Saldaña
United States District Judge