United States District Court
Southern District of Texas
ENTERED
August 21, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **GOLNAZ ZAMANPOUR, *et al.*,** | § | |
| | § | |
| **Petitioners,** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:25-CV-00224** |
| | § | |
| **ORLANDO PEREZ, *et al.*,** | § | |
| | § | |
| **Respondents.** | § | |

## ORDER

On August 17, 2026, Petitioners Golnaz Zamanpour and Mahsa Karimaghaee, and Federal Respondents filed a self-effectuating joint stipulation of dismissal. (Dkt. 32); *see* Fed. R. Civ. P. 41(a)(1)(A)(ii). The stipulation —signed by counsel for all parties—notifies the Court that the case is dismissed without prejudice as moot. (Dkt. 32 at 3); *see* Fed. R. Civ. P. 41(a)(1)(B). Accordingly, the Clerk of the Court is hereby **DIRECTED** to **TERMINATE** the case.

IT IS SO ORDERED.

SIGNED this August 20, 2026.

_______________________________
Diana Saldaña
United States District Judge